**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** )<br>)<br>  **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**Jose Jesus Quintero-Morales,** )<br>)<br>  **Defendant.** )<br>) | **CR 09-218-TUC-DCB(CRP)**<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's alleged violation of supervised release.

Magistrate Judge Marshall conducted an Evidentiary Hearing on October 31 and November 9, 2011, and issued her Report and Recommendation on November 21, 2011. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED this Court finds the Defendant in violation of his supervised release and sets the matter for Disposition Hearing on Monday, January 30, 2012 at 11:00 a.m. in Hearing Room 6B, before this Court.

DATED this 12th day of January, 2012.

David C. Bury
United States District Judge